

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2015

No. 04-15-00098-CV

**EX PARTE** Armando **HERNANDEZ**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On February 26, 2015, Armando Hernandez filed a petition for writ of habeas corpus. This court ordered that Hernandez be released from the custody of the Bexar County Sheriff INSTANTER upon payment of a cash bond in the amount of $1,000.00, pending final disposition of the petition for writ of habeas corpus in this court. On February 26, 2015, Hernandez complied with this court's order and paid a cash bond in the amount of $1,000.00 to this court. Therefore, this court orders that Hernandez be released from the custody of the Bexar County Sheriff INSTANTER.

It is so **ORDERED** on February 26, 2015.

PER CURIAM

ATTESTED TO:  _____
              Keith E. Hottle
              Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-17077, styled *Armando Hernandez and Nancy Hernandez v. Mario Saldivar, Fernando Saldivar, Jorge Calderon and Jorge Saldivar*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.